IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**DON KING PRODUCTIONS, INC.,**
**Plaintiff**

v.  CIVIL NO. 06-1478(DRD)

**LECHONERA EL PINO, et al.,**
**Defendants**

| MOTION | RULING |
|---|---|
| **Date Filed:** 07/24/06   **Docket #38**<br>[X] **Plff**      [] **Deft**<br>[ ] **Other**<br>**Title:** Notification or Motion of Partial Voluntary Dismissal | **GRANTED.** Plaintiff request the voluntary dismissal without prejudice against co-defendants Mini Market Miscelaneas, Manuela Ruiz individually, the conjugal partnership constituted by Doe-Ruiz; Sra. Diaz individually, the conjugal partnership constituted by Doe-Diaz, all of them doing business as Mini Market Miscelaneas. Further plaintiff informs that the named co-defendants have not answered the complaint nor filed a dispositive motion. Therefore, pursuant to Rule 41(a)(1)(i), Fed.R.Civ.P., 28 U.S.C., the Court hereby **DISMISSES** plaintiff's claims against the named co-defendants **WITHOUT PREJUDICE**. **Partial Judgment** shall be entered accordingly. |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 31st day of July 2006.

S/DANIEL R. DOMINGUEZ
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE